# Court of Appeals, State of Michigan

## ORDER

Renald Powell v Farm Bureau Insurance Company

Docket No.    344004

LC No.        17-006742-CK

Christopher M. Murray
Presiding Judge

Amy Ronayne Krause

Jonathan Tukel
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued May 14, 2020 is hereby VACATED.  A new opinion is attached to this order.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

July 2, 2020
Date

_____
Chief Clerk